## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DOMENIC TRICOME** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **UNITED STATES OF AMERICA** | : | NO. 12-5872 |

## ORDER

    AND NOW, this 24th day of July, 2013, after considering plaintiff's *pro se* "Motion for Fraud on the Court" (paper nos. 26 and 27), and for the reasons set forth in the accompanying memorandum, it is **ORDERED** that the motion is **DENIED**.

                                         /s/ Norma L. Shapiro
                                         J.