IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| DOMENIC TRICOME | : | CIVIL ACTION |
|---|---|---|
| v. | : | |
| UNITED STATES OF AMERICA | : | NO. 12-5872 |

NORMA L. SHAPIRO, J.                                                 JULY 25, 2013

## MEMORANDUM

On July 12, 2013, plaintiff Domenic Tricome's civil action against the United States of America was closed when this court dismissed his complaint without leave to amend. *Tricome v. United States*, 2013 WL 3488940 (E.D. Pa. July 12, 2013). On July 24, 2013, the court denied Tricome's motion for reconsideration. Now before the court is plaintiff's *pro se* "Motion for Referral for Criminal Perjury Investigation and Disciplinary Action."

Tricome complains that counsel for the United States of America perjured themselves in this action and in another case before another judge in this District. *See Tricome v. United States*, No. 11-2416 (E.D. Pa. Nov. 18, 2011) (Dalzell, J.) (granting the government's motion to dismiss Tricome's complaint), *aff'd*, No. 11-4570 (3d Cir. Aug 29, 2012). The court has no jurisdiction to reconsider an action on the docket of another judge of this Court or determine if the conduct of the attorneys warrants criminal prosecution or disciplinary action. Plaintiff may make his complaint to those with jurisdiction to investigate and prosecute criminal matters and/or take disciplinary action against attorneys.

Tricome's "Motion for Referral for Criminal Perjury Investigation and Disciplinary Action" will be denied. In as much as this civil action has been closed by a final decision, any further action with regard to it must be taken under Federal Rule of Civil Procedure 60(b) or by an appeal to the United States Court of Appeals for the Third Circuit. An appropriate order follows.