# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DOMENIC TRICOME** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **UNITED STATES OF AMERICA** | : | **NO. 12-5872** |

## ORDER

AND NOW, this 25th day of July, 2013, after considering plaintiff's *pro se* "Motion for Referral for Criminal Perjury Investigation and Disciplinary Action" (paper no. 28), and for the reasons set forth in the accompanying memorandum, it is **ORDERED** that the motion is **DENIED**.

                                                /s/ Norma L. Shapiro
                                                J.